# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LORI FORBECK, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:17-CV-00445-DGK |
| GMRI, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal (Doc. 17), it is hereby ORDERED that Plaintiffs' claims against Defendant GMRI, Inc., are DISMISSED WITH PREJUDICE. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Date: November 9, 2017

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT